NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARIE J. CHAMPAGNE,                    )
                                       )
            Petitioner,                )
                                       )
v.                                     )     Case No. 2D17-4484
                                       )
HSBC BANK USA, NATIONAL                )
ASSOCIATION, AS TRUSTEE FOR            )
DEUTSCHE ALT-A SECURITIES              )
MORTGAGE LOAN TRUST, SERIES            )
2007-1,                                )
                                       )
            Respondent.                )
_____    )

Opinion filed May 18, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Charlotte County; James R.
Thompson, Senior Judge.

Douglas W. Grissinger of Mellor, Grissinger
& Backo, LLP, North Port, for Petitioner.

Michele L. Stocker of Greenberg Traurig,
P.A., Fort Lauderdale; and Kimberly S.
Mello and Vitaliy Kats of Greenberg Traurig,
P.A., Tampa, for Respondent.

PER CURIAM.


            Dismissed.

KELLY, MORRIS, and LUCAS, JJ., Concur.